DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**A.A.,** the father,
Appellant,

v.

**DEPARTMENT OF CHILDREN & FAMILIES** and
**GUARDIAN AD LITEM PROGRAM**,
Appellees.

No. 4D17-3079

[January 26, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Roger B. Colton, Senior Judge; L.T. Case No. 502015DP300724.

Gary L. Pickett, West Palm Beach, for appellant.

David P. Krupski, Sanford, for appellee Guardian Ad Litem Program, and Meredith K. Hall of Children's Legal Services, Bradenton, for appellee Florida Department of Children & Families.

PER CURIAM.

*Affirmed.*

GROSS, FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***